IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STEVEN DIXON PRENTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:15CV311 |
| | ) | |
| LISA BLUE BOGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on Plaintiff's Motion to Reopen [Doc. #15] and Motion for Reconsideration [Doc. #17]. On January 27, 2016, this Court entered a Recommendation pursuant to 28 U.S.C. § 636. No objections were filed by Plaintiff, and Judgment was entered against him. He has now filed Objections to the Recommendation [Doc. #14], a Motion to Reopen [Doc. #15], and a Motion for Reconsideration [Doc. #17]. Plaintiff claims that he timely mailed his Objections to the Clerk of Court but that they were not received and considered by the Court before entry of final judgment. He asks that the Court reopen his case and consider his Objections. In the circumstances, it appears that Plaintiff's Motion to Reopen and Motion for Reconsideration should be granted to the extent that his Objections be considered by the Court.

IT IS THEREFORE RECOMMENDED that Plaintiff's Motion to Reopen [Doc. #15] and Motion for Reconsideration [Doc. #17] be granted to the extent that the Court consider

Plaintiff's Objections [Doc. #14] to the Recommendation [Doc. #11] and enter an Amended Order and Judgment following that review.

This, the 6th day of April, 2016.

                                                    /s/ Joi Elizabeth Peake
                                                    United States Magistrate Judge