IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| STEVEN DIXON PRENTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:15-CV-311 |
| v. | ) | |
| | ) | |
| LISA BLUE BOGGS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 27, 2016, this Court entered a Recommendation pursuant to 28 U.S.C. § 636 recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(A). (Doc. 11). No objections were received, and this Court adopted the recommendation and dismissed the case. (Doc. 13.) The plaintiff has now filed Objections to the Recommendation, (Doc. 14), a Motion to Reopen, (Doc. 15), and a Motion for Reconsideration. (Doc. 17).

The plaintiff asserts that he timely mailed his Objections to the Clerk of Court at a now-closed post office box, but that they were not received and considered by the Court before entry of final judgment. He asks that the Court reopen his case and consider his Objections. As recommended by the Magistrate Judge, (Doc. 18), it appears appropriate in the circumstances to grant Plaintiff's Motion to Reopen and Motion for Reconsideration to the extent that his Objections should be considered by the Court.

Having considered those objections, the Court finds that they have no merit and do not provide grounds for allowing the lawsuit to go forward. The Magistrate Judge's

original Recommendation, (Doc. 11), explained why this lawsuit is frivolous, and nothing Mr. Prentice has said in his objections supports his argument to the contrary.

It is **ORDERED** that the plaintiff's motion to reopen, (Doc. 15), and motion for reconsideration, (Doc. 17), are **GRANTED** to the extent they ask the Court to consider his objections to the Magistrate Judge's recommendation on file at Doc. 11. Having so reconsidered the matter in light of those objections, the motions are **DENIED** to the extent they ask the Court to vacate its original order and judgment.

This the 11th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE